# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE NAVA,<br><br>        Petitioner,<br><br>    vs.<br><br>JEANNE WOODFORD,[1] Director,<br><br>        Respondent. | Case No. CV 05-8387-DSF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), James E. Tilton, current Acting Secretary of the California Department of Corrections and Rehabilitation, is substituted as Respondent.

IT IS ORDERED that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 3-14-08

*/s/ Dale S. Fischer*
HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge