O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE NAVA,<br><br>           Petitioner,<br><br>    v.<br><br>JEANNE WOODFORD,<br>Warden,<br><br>           Respondent. | Case No. CV 05-8387-DSF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Final Amended Report and Recommendation of the United States Magistrate Judge, Respondent's Objections to the Amended Report and Recommendation, and Petitioner's Response to Respondent's Objections, <u>de novo</u>. The Court concurs in part with and accepts in part the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1

1    IT IS ORDERED that Judgment be entered: (1) accepting in part this Final
2    Amended Report and Recommendation; and (2) directing that Judgment be entered
3    DENYING Claim Two of the Petition, GRANTING Claim One, and vacating the
4    judgment of conviction and sentence entered in the Los Angeles County Superior
5    Court in the matter of <u>People v. Nava</u>, case no. TA067990, and ordering
6    Respondent to release Petitioner unless the State of California reinstitutes criminal
7    proceedings against Petitioner within ninety days of entry of Judgment.

         8/7/13
DATED: _____            _____
                                 HONORABLE DALE S. FISCHER
                                 United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

2