JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE NAVA, | ) | Case No. CV 05-8387-DSF (OP) |
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| JEANNE WOODFORD, Warden, | ) ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and

Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1         IT IS ADJUDGED that: (1) Claim Two of the Petition is DENIED with

2    prejudice; and (2) Claim One is GRANTED, the judgment of conviction and

3    sentence entered in the Los Angeles County Superior Court in the matter of <u>People</u>

4    <u>v. Nava</u>, case no. TA067990 is hereby vacated, and Respondent is ordered to

5    release Petitioner unless the State of California reinstitutes criminal proceedings

6    against Petitioner within ninety days of entry of Judgment.

7         8/7/13

8    DATED: _____

                                        HONORABLE DALE S. FISCHER

9                                            United States District Judge

10   Prepared by:

11

12   HONORABLE OSWALD PARADA

     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          2